PAUL MONSON *vs.* ST. PAUL, MINNEAPOLIS & MANITOBA RAILWAY
COMPANY.

November 21, 1885.

Pleading—Corporation—Complaint aided by Answer.—An answer admitting the making by the defendant of the contract sued on, a verdict
will not be set aside because the complaint did not allege that the defendant was a corporation.

Appeal by defendant from a judgment of the district court for Clay
county, *Reynolds*, J., presiding, affirming a judgment of a justice of
the peace.

*F. D. Larrabee*, for appellant.

*O. Mosness*, for respondent.

DICKINSON, J.    A judgment recovered upon trial in justice's court,
and affirmed upon appeal to the district court, is sought to be reversed
upon the ground merely that the complaint did not allege that the
defendant was a corporation.    The complaint was for breach of an
express contract.    The answer alleged payment.    Upon the pleadings
the contract stood admitted.    The admission of the making of the
contract by the defendant was also an admission of its power and
capacity to make the contract.    *La Grange Mill Co.* v. *Bennewitz*, 28
Minn. 62.    Legal responsibility for a breach of its contract by the
defendant was a necessary consequence, and the plaintiff's right to
recover against the defendant did not depend upon its having a corporate existence.    Whether the defendant were a corporation or a
partnership, the plaintiff's right to recover would be the same, in
view of the defendant's admission.

Judgment affirmed.